## NORTHEASTERN UNIVERSITY *v.* LORRETTA ROBINSON
## (9997)

DALY, O'CONNELL and FOTI, Js.

Submitted on briefs December 2—decision released December 17, 1991

*Lorretta Robinson,* pro se, the appellant (defendant) filed a brief.

*Norbert W. Church, Jr.,* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## BONNIE M. O'NEILL *v.* JOSEPH P. NOVAK, JR.
## (9735)

NORCOTT, LAVERY and KLACZAK, Js.

Argued December 2—decision released December 17, 1991

*Karen L. Williams,* for the appellant (plaintiff).

*Joseph J. Novak, Jr.,* pro se, the appellee (defendant).

PER CURIAM. The judgment is affirmed.